EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Juan Capestany Rodríguez | 2005 TSPR 17 <br><br> 166 DPR ____ |

Número del Caso: TS-4065

Fecha: 7 de febrero de 2006

 Abogado del Querellado:

                    Por Derecho Propio.

Oficina de Inspección de Notarías:

                    Lcda. Carmen H. Carlos
                    Directora

Materia: Reinstalación al ejercicio de la abogacía y la
         Notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan Capestany Rodríguez                    TS-4065

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de febrero de 2006.

Examinada la "Moción para Reinstalación", presentada por el Sr. Juan Capestany Rodríguez, se autoriza la reinstalación inmediata de éste al ejercicio de la abogacía y la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo